UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMIE ALLEN, an individual, and on behalf of himself and all other similarly situated individuals

        Plaintiff,

v.                               Case No.:   2:19-cv-444-FtM-38NPM

B&I CONTRACTORS, INC.,

        Defendant.
_____/

## OPINION AND ORDER[1]

Before the Court is United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation.  (Doc. 31).  Judge Mizell recommends granting the parties' Joint Motion for Settlement Approval and Entry of Order of Dismissal (Doc. 30) and approving their settlement agreement (Doc. 30-1) as a fair and reasonable resolution of a bona fide disputes of the parties' FLSA claims.  Neither party objects to the Report and Recommendation and the time to do so has expired.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*  And "[t]he judge

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently and upon considering Judge Mizell's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 31) is **ACCEPTED** and **ADOPTED** and the findings incorporated therein.

   a. The Joint Motion for Settlement Approval and Entry of Order of Dismissal (Doc. 30) is **GRANTED**.

   b. The Settlement Agreement, Waiver, and Release of Wage and Hour Claims is **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the parties' FLSA issues.

(2) The above-captioned case is **DISMISSED with prejudice**.

(3) The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of May 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record